**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

DISTRICT OF MARYLAND

Case number *(if known)* _____   Chapter   **7**

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Old Line Brewers, LLC** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **DBA  The Brewer's Art** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **52-1944597** |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **1106 N. Charles Street** <br> **Baltimore, MD 21201** <br> Number, Street, City, State & ZIP Code | <br><br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Baltimore City** <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

   ☐ Partnership (excluding LLP)

   ☐ Other. Specify: _____

Debtor    **Old Line Brewers, LLC**                                         Case number (*if known*) _____
_____
Name

**7.  Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____7225_____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☑ No.
☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | _____ | | _____ | | _____ | |
| | _____ | | _____ | | _____ | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No
☐ Yes.

Debtor **Old Line Brewers, LLC**                                     Case number (*if known*) _____
_____
Name

List all cases. If more than 1,
attach a separate list

| | Debtor | | Relationship | |
|---|---|---|---|---|
| | District | When | Case number, if known | |

---

**11. Why is the case filed in this district?**    *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

            Contact name _____

            Phone _____

---

███ **Statistical and administrative information**

**13. Debtor's estimation of available funds**    *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐  $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | **Old Line Brewers, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **February 13, 2026**
                             MM / DD / YYYY

**X** **/s/ Volker Stewart**                                    **Volker Stewart**
Signature of authorized representative of debtor          Printed name

Title      **Member**

**18. Signature of attorney**

**X** **/s/ Constance M. Hare**                        Date   **February 13, 2026**
Signature of attorney for debtor                                        MM / DD / YYYY

**Constance M. Hare 22512**
Printed name

**Coon & Cole, LLC**
Firm name

**1301 York Road, Suite 400**
**Lutherville, MD 21093**
Number, Street, City, State & ZIP Code

Contact phone   **410-244-8800**        Email address   **cmh@cooncolelaw.com**

**22512 MD**
Bar number and State

## <u>OLD LINE BREWERS, LLC, A Maryland Limited Liability Corporation</u>

## <u>RESOLUTIONS ADOPTED BY INFORMAL ACTION OF SOLE MEMBER</u>

Old Line Brewers, LLC dba The Brewers Art (the "LLC"), a Maryland limited liability corporation, hereby takes the following actions and adopts the resolutions set forth below, upon the consent and approval of the sole member:

**RESOLVED**: That Volker Stewart, as the sole member with voting rights, authorizes the LLC to seek the protection of Chapter 7 of the United States Bankruptcy Code; and it is

**FURTHER RESOLVED**: That the firm of Coon & Cole, LLC be retained as counsel to represent the LLC in connection with said Chapter 7 bankruptcy proceeding; and it is

**FURTHER RESOLVED**: That Volker Stewart is hereby authorized and directed on behalf of the LLC to take all actions and execute all documents on behalf of the LLC deemed necessary or advisable under Chapter 7 of the Bankruptcy Code; and

**FURTHER RESOLVED**: That Volker Stewart is hereby authorized and directed on behalf of the LLC to: (i) prepare and file the petition under Chapter 7 of the United States Bankruptcy Code; (ii) execute all other papers necessary or advisable in connection with such Chapter 7 proceeding; (iii) appear in the United States Bankruptcy Court for the District of Maryland on behalf of the LLC.; and (iv) to do any and all other acts and take any other steps in the name of and on behalf of the LLC as may be necessary or appropriate in connection with such Chapter 7 bankruptcy proceeding; and

**IN WITNESS WHEREOF**, the undersigned, constituting the sole member of Old Line Brewers, LLC, has signed these Resolutions, effective this  12th day of February, 2026.

/s/ Volker Stewart_____
Volker Stewart, Sole Member

**Fill in this information to identify the case:**

Debtor name     **Old Line Brewers, LLC**

United States Bankruptcy Court for the:     DISTRICT OF MARYLAND

Case number (if known)

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **February 13, 2026**          *X* **/s/ Volker Stewart**

                                                Signature of individual signing on behalf of debtor

                                                **Volker Stewart**
                                                Printed name

                                                **Member**
                                                Position or relationship to debtor

Official Form 202                    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

<table>
<tr><td colspan="2" style="background:black;color:white;">Fill in this information to identify the case:</td></tr>
<tr><td>Debtor name</td><td>**Old Line Brewers, LLC**</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>DISTRICT OF MARYLAND</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

**12/15**

### Part 1: Summary of Assets

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................. $        **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................................ $        **107,891.00**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*................................................................................... $        **107,891.00**

### Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................... $        **386,613.86**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................... $        **285,973.00**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................. +$        **1,235,573.26**

4. **Total liabilities** ......................................................................................................
   Lines 2 + 3a + 3b       $        **1,908,160.12**

**Fill in this information to identify the case:**

Debtor name **Old Line Brewers, LLC**

United States Bankruptcy Court for the: DISTRICT OF MARYLAND

Case number (if known)

☐ Check if this is an
amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **M&T Bank** | **Checking** | **6262** | $0.00 |
| 3.2. | **PNC Bank** | **Checking** | **3415** | $400.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | |
|---|---|
| | $400.00 |

**Part 2:**    Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | **Security deposit paid to 1106 North Charles Street Limited Partnership (original landlord)** | $11,600.00 |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Debtor   **Old Line Brewers, LLC**                                    Case number *(If known)* _____
_____
            Name

Description, including name of holder of prepayment

9.   **Total of Part 2.**                                                                     | $11,600.00 |
     Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes Fill in the information below.

11.   **Accounts receivable**

| | | face amount | | doubtful or uncollectible accounts | | |
|---|---|---|---|---|---|---|
| 11a. 90 days old or less: | | 2,500.00 | - | 0.00 | = .... | $2,500.00 |
| 11b. Over 90 days old: | | 21,018.65 | - | 15,518.65 | =.... | $5,500.00 |
| 11b. Over 90 days old: | | 2,500.00 | - | 2,500.00 | =.... | Unknown |

12.   **Total of Part 3.**                                                                    | $8,000.00 |
      Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☑ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** **Hops used in brewing process (current value based upon cost)** | | $1,250.00 | N/A | $1,250.00 |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** **Beer in kegs, untapped (current value based upon retail sales value)** | | $4,500.00 | N/A | $4,500.00 |

Debtor    **Old Line Brewers, LLC**                          Case number *(If known)* _____
_____
Name

| | | | | |
|---|---|---|---|---|
| **Multiple bottles of unopened liquor, wine and beer (at cost)** | _____ | $0.00 | _____ | $3,141.00 |
| 22. **Other inventory or supplies Miscellaneous glassware, flatware, pots and pans, commercial mixer, deli slicer (at cost)** | _____ | $0.00 | _____ | $1,500.00 |
| **3 large paintings by Drury Bynum (artist may have interested buyers)** | _____ | $0.00 | _____ | Unknown |

23. **Total of Part 5.**

   | | |
   |---|---|
   | | $10,391.00 |

   Add lines 19 through 22.  Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
   ☐ No
   ☑ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
   ☑ No
   ☐ Yes. Book value _____  Valuation method _____  Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
   ☑ No
   ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ☑ No.  Go to Part 7.
   ☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐ No.  Go to Part 8.
   ☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** 3 iMac computers with 2 keyboards and 2 mice, 1 Mac Mini (located at principal's residence), HP DeskJet 3054 (not working), HP LaserJet M201, PH M140N, old Microsoft PC, 3 iPads (current value based upon comparable | $0.00 | N/A | $2,000.00 |

| Debtor | Old Line Brewers, LLC | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

**sales for similar equipment)**

---

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
collections; other collections, memorabilia, or collectibles

| | | | |
|---|---|---|---|
| 42.1. | **Beer related collectibles, framed posters, glasswork (current value based upon comparable sales for similar equipment)** | $0.00    N/A | $500.00 |

---

43. **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| | |
|---|---|
| | $2,500.00 |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description
Include year, make, model, and identification numbers
(i.e., VIN, HIN, or N-number) | Net book value of
debtor's interest
(Where available) | Valuation method used
for current value | Current value of
debtor's interest |
|---|---|---|---|
| 47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49.  **Aircraft and accessories** | | | |
| 50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |

Debtor    **Old Line Brewers, LLC**                                        Case number *(If known)* _____
          _____
          Name

| | | | |
|---|---|---|---|
| **Brewery: 10 HL Monobloc Mash/Lauter Tun, HL Hot Liquor Tank, 2 20 HL Fermenters, 6 10 HL Fermenters. 1 20 HL conditioning tank, 10 HL conditioning tank, 2 10 HL Brite beer tanks,s 1 5bbl Oak Foeder tank, 1 plate sheet filter, mobile CIP unit, grain mill, 120 keg shells, pallet jack, keg washer, air compressor, brewer's hose; Kitchen: Southbend 8 burner gas range oven, 36" grill, 2 floor fryers, electric convection oven, reach-in refrigerator online, speed racks, metro shelving (7 units), Hoshizaki ice machine; Bar/Dining Room: 4 reach-in beer coolers, 42 barstools, 75 dining room chairs, 42 2-top tables, 10 4-top tables, 6 high tops, 2 duckpin bowling benches, 4 coffee tables, 4 couches (current value based upon comparable costs for similar equipment)** | $0.00 | N/A | $75,000.00 |

51.    **Total of Part 8.**                                                                              | $75,000.00 |

     Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 9: | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.    **Patents, copyrights, trademarks, and trade secrets**<br>**Resurrection Ale trademark and brewing rights** | $0.00 | | Unknown |

61.    **Internet domain names and websites**

62.    **Licenses, franchises, and royalties**

63.    **Customer lists, mailing lists, or other compilations**

64.    **Other intangibles, or intellectual property**

Debtor  **Old Line Brewers, LLC**                                      Case number *(If known)* _____
          <sub>Name</sub>

65.     **Goodwill**

66.     **Total of Part 10.**                                                              | **$0.00** |
        Add lines 60 through 65. Copy the total to line 89.

67.     **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
        ■ No
        ☐ Yes

68.     **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
        ■ No
        ☐ Yes

69.     **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
        ■ No
        ☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
     Include all interests in executory contracts and unexpired leases not previously reported on this form.

     ☐ No.  Go to Part 12.
     ■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|
| 71.     **Notes receivable**<br>Description (include name of obligor) | |
| 72.     **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73.     **Interests in insurance policies or annuities**<br>**Banner Life Insurance Company term life policy ending 5803 with face amount of $2,000,000 on life of Volker Stewart** | **$0.00** |
| **Banner Life Insurance Company term life policy ending 5793 with face amount of $500,000 on life of Thomas Creegan** | **$0.00** |
| **Banner Life Insurance Company term life policy ending 7259 with face amount of $500,000 on life of Steven Paul Frazier** | **$0.00** |
| **Harford Mutual Worker's Compensation and Employer's Liability Policy ending 1695, effective through 8/15/26** | **Unknown** |
| **Harford Mutual Commercial Lines Policy ending 2621, effective through 8/15/26** | **Unknown** |
| **Harford Mutual Commercial Umbrella policy ending 2104, effective through 8/15/26** | **Unknown** |

Debtor     **Old Line Brewers, LLC**                                    Case number *(If known)* _____
                  Name

74.     **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.     **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.     **Trusts, equitable or future interests in property**

77.     **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.     **Total of Part 11.**                                                                    $0.00

        Add lines 71 through 77. Copy the total to line 90.

79.     **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
        ■ No
        ☐ Yes

Debtor    **Old Line Brewers, LLC**                                    Case number *(If known)* _____
          Name

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $400.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $11,600.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $8,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $10,391.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $2,500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $75,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $107,891.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $107,891.00 |

**Fill in this information to identify the case:**

Debtor name     **Old Line Brewers, LLC**

United States Bankruptcy Court for the:     DISTRICT OF MARYLAND

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.1  Baltimore City**
Creditor's Name

**200 Holliday Street**
**Baltimore, MD 21202**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**All personal property of the debtor**

Describe the lien
**Statutory lien (1st lien)**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$894.58**       Column B: **$107,891.00**

**2.2  M&T Bank**
Creditor's Name

**PO Box 900**
**Millsboro, DE 19966**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**09/2012**
Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

Describe debtor's property that is subject to a lien
**All personal property of the debtor**

Describe the lien
**Blanket lien on assets of debtor (2nd lien)**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

Column A: **$101,185.39**       Column B: **$107,891.00**

Debtor   **Old Line Brewers, LLC**

Name

Case number (if known) _____

☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **State of Maryland** | Describe debtor's property that is subject to a lien | $85,504.35 | $107,891.00 |

Creditor's Name

**Comptroller of Treasury
Compliance Division
110 Carroll Street
Annapolis, MD 21411**

Creditor's mailing address

**All personal property of the debtor**

Creditor's email address, if known

Describe the lien

**Tax Lien**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**12/12/25**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **U.S. Small Business Administration** | Describe debtor's property that is subject to a lien | $199,029.54 | $107,891.00 |

Creditor's Name

**CESC-COVID EIDL Service
Center
14925 Kingsport Road
Fort Worth, TX 76155**

Creditor's mailing address

**All personal property of the debtor**

Creditor's email address, if known

Describe the lien

**Blanket lien on assets of debtor (3rd lien)**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**4/22/20**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

3.   Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.   $386,613.86

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

Debtor  **Old Line Brewers, LLC**
Name

Case number (*if known*)

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

**Fill in this information to identify the case:**

Debtor name    **Old Line Brewers, LLC**

United States Bankruptcy Court for the:    DISTRICT OF MARYLAND

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Alcohol Tobacco & Cannabis Commission**<br>**1215 E. Fort Avenue, Suite 300**<br>**Baltimore, MD 21230** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$82.77** | **$0.00** |
|  | Date or dates debt was incurred<br>**1/26** | Basis for the claim: |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>8</u>) | Is the claim subject to offset?<br>☑ No<br>☐ Yes |  |  |
| 2.2 | Priority creditor's name and mailing address<br>**Alcohol, Tabacco Tax & Trade Bureau**<br>**550 Main Street, Room 8002**<br>**Cincinnati, OH 45202-5215** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$789.25** | **$789.25** |
|  | Date or dates debt was incurred<br>**3rd, 4thQ 2025 and 1stQ 2026** | Basis for the claim: |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>8</u>) | Is the claim subject to offset?<br>☑ No<br>☐ Yes |  |  |

24530

Debtor   **Old Line Brewers, LLC**                                          Case number (if known) _____
_____
Name

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $301.20 | $301.20 |
|---|---|---|---|---|

**Alejandra Nunez**
**1363 Gorsuch Avenue, 2nd Floor**
**Baltimore, MD 21218**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Gross wages owed, less tips already paid to claimant**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,078.14 | $1,078.14 |
|---|---|---|---|---|

**Antonio Jones**
**23621 Mount Ephraim Road**
**Dickerson, MD 20842**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Gross wages owed**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $73.04 | $73.04 |
|---|---|---|---|---|

**Aubree Ridge**
**1239 Carroll Street**
**Baltimore, MD 21230**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Gross wages owed, less tips already paid to claimant**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $295.20 | $295.20 |
|---|---|---|---|---|

**Charles McKenna**
**6 E. Read Street, Apt. 506**
**Baltimore, MD 21202**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Gross wages owed, less tips already paid to claimant**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Debtor   **Old Line Brewers, LLC**                                      Case number (if known) _____
_____
Name

| 2.7 | Priority creditor's name and mailing address<br>**Donovan Brathwaite**<br>**1010 Elton Avenue, Apt. A**<br>**Baltimore, MD 21224** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $354.10 | $354.10 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Gross wages owed, less tips already paid to claimant** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.8 | Priority creditor's name and mailing address<br>**Erica Evans**<br>**3701 Connectcut Avenue, Apt. 222**<br>**Washington, DC 20008** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $400.00 | $400.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Catering deposit** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

| 2.9 | Priority creditor's name and mailing address<br>**Faryn Messick**<br>**1111 Park Avenue, Apt. 310**<br>**Baltimore, MD 21201** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $302.64 | $302.64 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Gross wages owed, less tips already paid to claimant** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.10 | Priority creditor's name and mailing address<br>**Franshay Barnett**<br>**814 Park Avenue, Apt. 2**<br>**Baltimore, MD 21201** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $340.88 | $340.88 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Gross wages owed, less tips already paid to claimant** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| Debtor | Old Line Brewers, LLC | Case number (if known) | | |
|---|---|---|---|---|
| | Name | | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $82,525.63 | $17,150.00 |
|---|---|---|---|---|

**Gloria Otley**
**10 W. Chase Street, Apt. 1**
**Baltimore, MD 21201**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Gross wages owed**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $168.40 | $168.40 |
|---|---|---|---|---|

**Gloria Otley**
**10 W. Chase Street, Apt. 1**
**Baltimore, MD 21201**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Gross wages owed**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $168.00 | $168.00 |
|---|---|---|---|---|

**Ireg Asif Butt**
**1408 Eutaw Place, Apt. 1**
**Baltimore, MD 21217**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Gross wages owed, less tips already paid to claimant**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $355.60 | $355.60 |
|---|---|---|---|---|

**Jermaine Ashman**
**11572 Jamestown Court**
**Laurel, MD 20723**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Gross wages owed, less tips already paid to claimant**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Debtor  **Old Line Brewers, LLC**                                    Case number (if known) _____
_____
        Name

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $39.44 | $39.44 |
|---|---|---|---|---|

2.15  Priority creditor's name and mailing address

**Jet Jenkins**
**5760 Cedonia Avenue, Apt. F**
**Baltimore, MD 21206**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$39.44   $39.44

Date or dates debt was incurred

Basis for the claim:
**Gross wages owed**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.16  Priority creditor's name and mailing address

**Joel Price**
**7011 Linden Avenue**
**Baltimore, MD 21206**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,066.06   $1,066.06

Date or dates debt was incurred

Basis for the claim:
**Gross wages owed**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.17  Priority creditor's name and mailing address

**Kara Buckler**
**530 N. Payston Street**
**Baltimore, MD 21217**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,415.38   $1,415.38

Date or dates debt was incurred

Basis for the claim:
**Gross wages owed**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.18  Priority creditor's name and mailing address

**Kendall Gill**
**12 E. Madison Street, Apt. 3A**
**Baltimore, MD 21202**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$152.60   $152.60

Date or dates debt was incurred

Basis for the claim:
**Gross wages owed, less tips already paid to claimant**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor    **Old Line Brewers, LLC**                                          Case number (if known)
_____                    _____
Name

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $128.80 | $128.80 |
|---|---|---|---|---|

**Lia Ashurst**
**2827 St. Paul Street**
**Baltimore, MD 21218**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Gross wages owed, less tips already paid to claimant**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $456.24 | $456.24 |
|---|---|---|---|---|

**Matthew Mallory**
**409 N. Howard Street, Apt. 102**
**Baltimore, MD 21201**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Gross wages owed, less tips already paid to claimant**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,029.26 | $1,029.26 |
|---|---|---|---|---|

**Michael J. Hopkins, Jr.**
**1207 John Street**
**Baltimore, MD 21217**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Gross wages owed, less tips already paid to claimant**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $387.09 | $387.09 |
|---|---|---|---|---|

**Paul Jenkins**
**8119 Old Philadelphia Road**
**Rosedale, MD 21237**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Gross wages owed**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☐ No
■ Yes

---

| Debtor | **Old Line Brewers, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,561.04 | $1,561.04 |
|---|---|---|---|

**Rachel Strahler**
**23621 Moutn Ephraim Road**
**Dickerson, MD 20842**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Gross wages owed**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,424.60 | $1,424.60 |
|---|---|---|---|

**Ryan Bose**
**333 E. 29th Street**
**Baltimore, MD 21218**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Gross wages owed**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $123.55 | $123.55 |
|---|---|---|---|

**Sari Langholt**
**7 E 27th Street**
**Baltimore, MD 21218**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Gross wages owed, less tips already paid to claimant**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $13,063.92 | $13,063.92 |
|---|---|---|---|

**State of Maryland**
**Comptroller of Treasury**
**Compliance Division**
**110 Carroll Street**
**Annapolis, MD 21411**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**12/25 - 02/26**

Basis for the claim:
**Sales and use tax**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

Debtor **Old Line Brewers, LLC**                                        Case number (if known) _____
_____
Name

| | | |
|---|---|---|

**2.27** | Priority creditor's name and mailing address
**Stephen Jones**
**128 Stevenson Lane**
**Baltimore, MD 21212**

As of the petition filing date, the claim is:                    $13,200.00        $13,200.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                    Basis for the claim:
_____          **Gross wages owed**

Last 4 digits of account number ____          Is the claim subject to offset?
Specify Code subsection of PRIORITY          ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)      ☐ Yes

---

**2.28** | Priority creditor's name and mailing address
**Talis Frogue**
**333 E. 29th Street**
**Baltimore, MD 21218**

As of the petition filing date, the claim is:                    $760.70        $760.70
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                    Basis for the claim:
_____          **Gross wages owed, less tips already paid to**
                                                                       **claimant**

Last 4 digits of account number ____          Is the claim subject to offset?
Specify Code subsection of PRIORITY          ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)      ☐ Yes

---

**2.29** | Priority creditor's name and mailing address
**Trey Miller**
**234 S. Gay Street, Apt. 209**
**Baltimore, MD 21202**

As of the petition filing date, the claim is:                    $869.40        $869.40
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                    Basis for the claim:
_____          **Gross wages owed**

Last 4 digits of account number ____          Is the claim subject to offset?
Specify Code subsection of PRIORITY          ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)      ☐ Yes

---

**2.30** | Priority creditor's name and mailing address
**Volker Stewart**
**11215 Georgia Avenue, Apt. 1530**
**Wheaton, MD 20902**

As of the petition filing date, the claim is:                    $83,380.00        $17,150.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                    Basis for the claim:
**2025 wages**                                              **Gross wages owed**

Last 4 digits of account number ____          Is the claim subject to offset?
Specify Code subsection of PRIORITY          ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)      ☐ Yes

Debtor **Old Line Brewers, LLC**                                           Case number (if known) _____
_____
Name

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $78,626.00 | $0.00 |
|------|-----|-----|-----|-----|

**Volker Stewart**
**11215 Georgia Avenue, Apt. 1530**
**Wheaton, MD 20902**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2024 Wages**

Basis for the claim:
**Gross wages owed**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.32 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $400.00 | $400.00 |

**Xheni Llaguri**
**NEED ADDRESS**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Catering deposit**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.33 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $517.99 | $517.99 |

**Ylan Isaac**
**2817 11th Street NW**
**Washington, DC 20001**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Gross wages owed**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.34 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $136.08 | $136.08 |

**Zoe McMahon**
**2065 Druid Park Drive, Apt. 2**
**Baltimore, MD 21211**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Gross wages owed, less tips already paid to claimant**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**Part 2:** **List All Creditors with NONPRIORITY Unsecured Claims**

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

Amount of claim

Debtor   **Old Line Brewers, LLC**                                      Case number (if known) _____
_____
Name

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $996.64 |
|---|---|---|---|

**A Duie Pyle**
**PO Box 564**
**West Chester, PA 19381-0564**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,083.96 |
|---|---|---|---|

**ASCAP**
**21678 Network Place**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $410.00 |
|---|---|---|---|

**Atlantic Biofuels**
**2501 W. Lexington Street**
**Baltimore, MD 21223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $64,399.48 |
|---|---|---|---|

**BendixHQ, LLC**
**c/o Ryan Roth, Managing Member**
**3501 Diamond Leaf Lane**
**Oviedo, FL 32766**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,511.31 |
|---|---|---|---|

**BendixHQ, LLC**
**c/o Ryan Roth, Managing Member**
**3501 Diamond Leaf Lane**
**Oviedo, FL 32766**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Utilities owed**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $163.64 |
|---|---|---|---|

**Binkert's Meat Products**
**8805 Philadelphia Road**
**Rosedale, MD 21237**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $260.20 |
|---|---|---|---|

**Blizzard's Refrigeration & AC**
**51 John Street**
**Westminster, MD 21157**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Old Line Brewers, LLC** _____  Case number (if known) _____
        Name

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,644.79 |
|---|---|---|---|

**BMI**
**PO Box 630893**
**Cincinnati, OH 45263-0893**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $473.85 |
|---|---|---|---|

**Bond Distributing**
**1220 Bernard Drive**
**Baltimore, MD 21223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,345.18 |
|---|---|---|---|

**Breakthrough Beverage**
**1413 Tangier Drive**
**Middle River, MD 21220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $260.20 |
|---|---|---|---|

**Bridgecrest**
**7300 E. Hampton Avenue**
**Mesa, AZ 85209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,228.16 |
|---|---|---|---|

**Capital One**
**PO Box 71087**
**Charlotte, NC 28272**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $38,409.83 |
|---|---|---|---|

**Chase Card Services**
**PO Box 1721**
**Charlotte, NC 28201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $773.15 |
|---|---|---|---|

**Cintas Corporation**
**10611 Iron Bridge Road, Suite K**
**Jessup, MD 20794**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

Debtor  **Old Line Brewers, LLC**
_____
Name

Case number (*if known*) _____

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,579.25** |
|---|---|---|---|

**Coastal Sunbelt Produce**
**9001 Whiskey Bottom Road**
**Laurel, MD 20723**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,376.62** |
|---|---|---|---|

**Daniel Ben-Israel**
**7124 SW 54th Avenue**
**Portland, OR 97219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Unpaid wages__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,924.24** |
|---|---|---|---|

**Dempsey Uniform and Linens**
**1200 Mid Valley Drive**
**Jessup, PA 18434**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$62,027.70** |
|---|---|---|---|

**Forward Financing, LLC**
**53 State Street, 20th Floor**
**Boston, MA 02109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/3/25

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$258.96** |
|---|---|---|---|

**Free Run Wine Merchants**
**2000 Washington Blvd.**
**Baltimore, MD 21230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** |
|---|---|---|---|

**Global Music Rights LLC**
**1801 W. Olympic Blvd.**
**Pasadena, CA 91199-2280**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  2280

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$209.20** |
|---|---|---|---|

**Kenco Beverage**
**331 Victory Road**
**Winchester, VA 22602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Old Line Brewers, LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.22** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$20,263.09**

M&T Bank
PO Box 62014
Baltimore, MD 21264

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.23** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$750.00**

Maryland Dept. of Labor
10946 Golden West Drive, Suite 106
Hunt Valley, MD 21031

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.24** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,966.50**

Penn Parking
7257 Parkway Drive, Suite 100
Hanover, MD 21076

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.25** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$598.82**

Pitney Bowes Bank Inc. Purchase Power
PO Box 981026
Boston, MA 02298-1026

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$212.61**

Pitney Bowes Global Financial Services
PO Box 981022
Boston, MA 02298-1022

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,032.35**

Republic National Distributing
8210 Stayton Drive
Jessup, MD 20794

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,751.80**

Republic Services
PO Box 71068
Charlotte, NC 28272-1068

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Old Line Brewers, LLC**                                                Case number *(if known)* _____
_____
Name

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,143.56 |
|---|---|---|---|

**Roberts Oxygen**
**15830 Redland Road**
**Derwood, MD 20855**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,912.10 |
|---|---|---|---|

**Southern Wine & Spirits**
**Corporate Headquarters**
**1600 NW 163rd Street**
**Miami, FL 33169**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,231.13 |
|---|---|---|---|

**Sysco Business Services**
**1390 Enclave Parkway**
**Houston, TX 77077**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $194,250.00 |
|---|---|---|---|

**The Fundworks, LLC**
**299 S. Main Street, Suite 1300**
**PMB 93894**
**Salt Lake City, UT 84111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  10/14/25

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17,988.00 |
|---|---|---|---|

**True Business Funding, LLC**
**9 Spear Road, Unit 101**
**Ramsey, NJ 07446**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  9/11/25 ($30,000)

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $62,235.80 |
|---|---|---|---|

**United First, LLC**
**dba United First Capital Experts**
**2999 NE 191st Street, Unit 901**
**Miami, FL 33180**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/3/2025

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $632,006.14 |
|---|---|---|---|

**Volker Stewart**
**11215 Georgia Avenue, Apt. 1530**
**Wheaton, MD 20902**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Capital contributions and/or loans

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Old Line Brewers, LLC**
_____    Case number (if known) _____
Name

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $66,895.00 |
|---|---|---|---|

**WebBank**
**c/o Toast Capital**
**333 Summer Street**
**Boston, MA 02210**

Date(s) debt was
incurred  10/27/25, 11/3/25, 11/23/25

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:**  List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **BendixHQ, LLC**<br>**13516 Paternal Gift Drive**<br>**Highland, MD 20777** | Line  **3.4**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Chad E. Kurtz, Esquire**<br>**Cozen O'Connor**<br>**2001 M Street NW, Suite 500**<br>**Washington, DC 20036** | Line  **3.4**<br><br>☐ Not listed. Explain ____ | _ |

---

**Part 4:**  Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 285,973.00 |
| 5b. Total claims from Part 2 | 5b. + | $ 1,235,573.26 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 1,521,546.26 |

---

**Fill in this information to identify the case:**

Debtor name   **Old Line Brewers, LLC**

United States Bankruptcy Court for the:   DISTRICT OF MARYLAND

Case number (if known)   _____

☐ Check if this is an amended filing

---

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                 12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **Lease dated 12/17/97 for period through 4/30/15, as extended by letter agreement dated 5/20/14 through 3/30/26; however, lease was terminated for non-payment of rent on 1/16/26** | |
| State the term remaining   **1 month** | **BendixHQ, LLC** |
| List the contract number of any government contract   _____ | **c/o Ryan Roth, Managing Member** |
| | **3501 Diamond Leaf Lane** |
| | **Oviedo, FL 32766** |

| Fill in this information to identify the case: |
| --- |

Debtor name   **Old Line Brewers, LLC**

United States Bankruptcy Court for the:   DISTRICT OF MARYLAND

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
| --- | --- | --- | --- | --- |
| 2.1 | Thomas A. Creegan | 2911 Rueckert Avenue Baltimore, MD 21214 | M&T Bank | ■ D  **2.2**<br>☐ E/F  _____<br>☐ G  _____ |
| 2.2 | Volker Stewart | 11215 Georgia Avenue, Apt. 1530 Wheaton, MD 20902 | Capital One | ☐ D  _____<br>■ E/F  **3.12**<br>☐ G  _____ |
| 2.3 | Volker Stewart | 11215 Georgia Avenue, Apt. 1530 Wheaton, MD 20902 | Chase Card Services | ☐ D  _____<br>■ E/F  **3.13**<br>☐ G  _____ |
| 2.4 | Volker Stewart | 11215 Georgia Avenue, Apt. 1530 Wheaton, MD 20902 | M&T Bank | ☐ D  _____<br>■ E/F  **3.22**<br>☐ G  _____ |
| 2.5 | Volker Stewart | 11215 Georgia Avenue, Apt. 1530 Wheaton, MD 20902 | Forward Financing, LLC | ☐ D  _____<br>■ E/F  **3.18**<br>☐ G  _____ |

Debtor   **Old Line Brewers, LLC**_____     Case number *(if known)* _____

| | ■ | **Additional Page to List More Codebtors** |
|---|---|---|

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.6 | **Volker Stewart** | **11215 Georgia Avenue, Apt. 1530**<br>**Wheaton, MD 20902** | **True Business Funding, LLC** | ☐ D _____<br>■ E/F __3.33__<br>☐ G _____ |
| 2.7 | **Volker Stewart** | **11215 Georgia Avenue, Apt. 1530**<br>**Wheaton, MD 20902** | **The Fundworks, LLC** | ☐ D _____<br>■ E/F __3.32__<br>☐ G _____ |
| 2.8 | **Volker Stewart** | **11215 Georgia Avenue, Apt. 1530**<br>**Wheaton, MD 20902** | **United First, LLC** | ☐ D _____<br>■ E/F __3.34__<br>☐ G _____ |
| 2.9 | **Volker Stewart** | **11215 Georgia Avenue, Apt. 1530**<br>**Wheaton, MD 20902** | **M&T Bank** | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name    **Old Line Brewers, LLC**

United States Bankruptcy Court for the:    DISTRICT OF MARYLAND

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

| **Part 1:** | Income |
| --- | --- |

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- |
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2026** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$75,532.00** |
| **For prior year:**<br>From **1/01/2025** to **12/31/2025** | ■ Operating a business<br>☐ Other _____ | **$1,119,635.00** |
| **For year before that:**<br>From **1/01/2024** to **12/31/2024** | ■ Operating a business<br>☐ Other _____ | **$1,259,873.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- |

| **Part 2:** | List Certain Transfers Made Before Filing for Bankruptcy |
| --- | --- |

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
| --- | --- | --- | --- |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

Debtor  **Old Line Brewers, LLC**                                    Case number *(if known)*

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
| --- | --- | --- | --- |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
| --- | --- | --- | --- |

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
| --- | --- | --- | --- |

| Part 3: | Legal Actions or Assignments |
| --- | --- |

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
| --- | --- | --- | --- | --- |
| 7.1. | **BendixHQ, LLC v. Old Line Brewers, LLC** **D-01-LT-26-91680-001** | **Failure to pay rent** | **D.Ct. of MD for Baltimore City** **501 E. Fayette Street** **Baltimore, MD 21202** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
| --- | --- |

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
| --- | --- | --- | --- |

| Part 5: | Certain Losses |
| --- | --- |

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

Debtor    **Old Line Brewers, LLC**                                           Case number *(if known)*

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| **Damage caused by water pipe that burst in basement** | **Claim still open, no funds received; debtor's landlord repaired damage and put in claim for reimbursement through insurance company - debtor has not seen claim** | **2/10/26** | **Unknown** |

---

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Coon & Cole, LLC<br>1301 York Road, Suite 400<br>Lutherville, MD 21093** | | **2/3/26** | **$4,500.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ☐ None.

| | Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Pick A Part Car Pickup** | **Sold 2005 Chevry Astro van for parts** | **Sometime around August, 2025** | **$450.00** |
| | Relationship to debtor<br>**None** | | | |

---

**Part 7:    Previous Locations**

| Debtor | Old Line Brewers, LLC | Case number *(if known)* | |
|---|---|---|---|

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it<br>Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

Debtor   **Old Line Brewers, LLC**                         Case number *(if known)*

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

---

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Pitney Bowes Global Financial Services<br>PO Box 981022<br>Boston, MA 02298-1022 | 1106 N. Charles Street<br>Baltimore, MD 21201 | Postage meter that is subject to a lease agreement | Unknown |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| EcoLab | 1106 N. Charles Street<br>Baltimore, MD 21201 | Dishwasher that is subect to lease | Unknown |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Roberts Oxygen<br>15830 Redland Road<br>Derwood, MD 20855 | 1106 N. Charles Street<br>Baltimore, MD 21201 | Carbon dioxide tank, 4 smaller gas tanks and nitrogen generator | Unknown |

---

| Part 12: | Details About Environment Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

    ■ No.
    ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

Debtor    **Old Line Brewers, LLC**                                    Case number *(if known)*

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    **Asher & Associates<br>9515 Deereco Road, #710<br>Timonium, MD 21093** | **2015 - present** |

   26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

   ■ None

   26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

   ☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Asher & Associates<br>9515 Deereco Road, #710<br>Timonium, MD 21093** | |

   26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

   ■ None

| Name and address |
|---|

27. **Inventories**
    Have any inventories of the debtor's property been taken within 2 years before filing this case?

    ■ No
    ☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

Debtor    **Old Line Brewers, LLC**                                    Case number *(if known)*

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Volker Stewart | 11215 Georgia Avenue, Apt. 1530 Wheaton, MD 20902 | Sole member | 60% economic interest; 100% voting interest |
| **Name** | **Address** | **Position and nature of any interest** | **% of interest, if any** |
| Thomas A. Creegan | 2911 Rueckert Avenue Baltimore, MD 21214 | Interest holder | 15% non-voting economic interest |
| **Name** | **Address** | **Position and nature of any interest** | **% of interest, if any** |
| Stephen P. Frazier | 3945 Canterbury Road Baltimore, MD 21218 | Interest holder | 15% non-voting economic interest |
| **Name** | **Address** | **Position and nature of any interest** | **% of interest, if any** |
| Brendan Perry | 1530 S. Charles Street Baltimore, MD 21230 | Interest holder | 5% non-voting economic interest |
| **Name** | **Address** | **Position and nature of any interest** | **% of interest, if any** |
| Johey Verfaille | PO Box 500 Centre Hall, PA 16828 | Interest holder | 5% non-voting economic interest |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

Debtor    **Old Line Brewers, LLC**_____    Case number *(if known)* _____

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 13, 2026**_____

**/s/ Volker Stewart**_____          **Volker Stewart**_____
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **Member**_____

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
☑ No
☐ Yes

## United States Bankruptcy Court
### District of Maryland

In re   **Old Line Brewers, LLC**
                                                           Debtor(s)

Case No.
Chapter   **7**

## VERIFICATION OF CREDITOR MATRIX

I, the Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to

the best of my knowledge.

Date:   **February 13, 2026**

**/s/ Volker Stewart**
**Volker Stewart**/**Member**
Signer/Title

A Duie Pyle
PO Box 564
West Chester, PA 19381-0564


Alcohol Tobacco & Cannabis Commission
1215 E. Fort Avenue, Suite 300
Baltimore, MD 21230


Alcohol, Tabacco Tax & Trade Bureau
550 Main Street, Room 8002
Cincinnati, OH 45202-5215


Alejandra Nunez
1363 Gorsuch Avenue, 2nd Floor
Baltimore, MD 21218


Antonio Jones
23621 Mount Ephraim Road
Dickerson, MD 20842


ASCAP
21678 Network Place
Chicago, IL 60673


Atlantic Biofuels
2501 W. Lexington Street
Baltimore, MD 21223


Aubree Ridge
1239 Carroll Street
Baltimore, MD 21230


Baltimore City
200 Holliday Street
Baltimore, MD 21202

BendixHQ, LLC
c/o Ryan Roth, Managing Member
3501 Diamond Leaf Lane
Oviedo, FL 32766


BendixHQ, LLC
13516 Paternal Gift Drive
Highland, MD 20777


Binkert's Meat Products
8805 Philadelphia Road
Rosedale, MD 21237


Blizzard's Refrigeration & AC
51 John Street
Westminster, MD 21157


BMI
PO Box 630893
Cincinnati, OH 45263-0893


Bond Distributing
1220 Bernard Drive
Baltimore, MD 21223


Breakthrough Beverage
1413 Tangier Drive
Middle River, MD 21220


Brendan Perry
1530 S. Charles Street
Baltimore, MD 21230


Bridgecrest
7300 E. Hampton Avenue
Mesa, AZ 85209

Capital One
PO Box 71087
Charlotte, NC 28272


Chad E. Kurtz, Esquire
Cozen O'Connor
2001 M Street NW, Suite 500
Washington, DC 20036


Charles McKenna
6 E. Read Street, Apt. 506
Baltimore, MD 21202


Chase Card Services
PO Box 1721
Charlotte, NC 28201


Cintas Corporation
10611 Iron Bridge Road, Suite K
Jessup, MD 20794


Coastal Sunbelt Produce
9001 Whiskey Bottom Road
Laurel, MD 20723


Daniel Ben-Israel
7124 SW 54th Avenue
Portland, OR 97219


Dempsey Uniform and Linens
1200 Mid Valley Drive
Jessup, PA 18434


Donovan Brathwaite
1010 Elton Avenue, Apt. A
Baltimore, MD 21224

Erica Evans
3701 Connectcut Avenue, Apt. 222
Washington, DC 20008


Faryn Messick
1111 Park Avenue, Apt. 310
Baltimore, MD 21201


Forward Financing, LLC
53 State Street, 20th Floor
Boston, MA 02109


Franshay Barnett
814 Park Avenue, Apt. 2
Baltimore, MD 21201


Free Run Wine Merchants
2000 Washington Blvd.
Baltimore, MD 21230


Global Music Rights LLC
1801 W. Olympic Blvd.
Pasadena, CA 91199-2280


Gloria Otley
10 W. Chase Street, Apt. 1
Baltimore, MD 21201


Ireg Asif Butt
1408 Eutaw Place, Apt. 1
Baltimore, MD 21217


Jermaine Ashman
11572 Jamestown Court
Laurel, MD 20723

Jet Jenkins
5760 Cedonia Avenue, Apt. F
Baltimore, MD 21206


Joel Price
7011 Linden Avenue
Baltimore, MD 21206


Johey Verfaille
PO Box 500
Centre Hall, PA 16828


Kara Buckler
530 N. Payston Street
Baltimore, MD 21217


Kenco Beverage
331 Victory Road
Winchester, VA 22602


Kendall Gill
12 E. Madison Street, Apt. 3A
Baltimore, MD 21202


Lia Ashurst
2827 St. Paul Street
Baltimore, MD 21218


M&T Bank
PO Box 900
Millsboro, DE 19966


M&T Bank
PO Box 62014
Baltimore, MD 21264

Maryland Dept. of Labor
10946 Golden West Drive, Suite 106
Hunt Valley, MD 21031


Matthew Mallory
409 N. Howard Street, Apt. 102
Baltimore, MD 21201


Michael J. Hopkins, Jr.
1207 John Street
Baltimore, MD 21217


Paul Jenkins
8119 Old Philadelphia Road
Rosedale, MD 21237


Penn Parking
7257 Parkway Drive, Suite 100
Hanover, MD 21076


Pitney Bowes Bank Inc. Purchase Power
PO Box 981026
Boston, MA 02298-1026


Pitney Bowes Global Financial Services
PO Box 981022
Boston, MA 02298-1022


Rachel Strahler
23621 Moutn Ephraim Road
Dickerson, MD 20842


Republic National Distribuing
8210 Stayton Drive
Jessup, MD 20794

Republic Services
PO Box 71068
Charlotte, NC 28272-1068


Roberts Oxygen
15830 Redland Road
Derwood, MD 20855


Ryan Bose
333 E. 29th Street
Baltimore, MD 21218


Sari Langholt
7 E 27th Street
Baltimore, MD 21218


Southern Wine & Spirits
Corporate Headquarters
1600 NW 163rd Street
Miami, FL 33169


State of Maryland
Comptroller of Treasury
Compliance Division
110 Carroll Street
Annapolis, MD 21411


Stephen Jones
128 Stevenson Lane
Baltimore, MD 21212


Stephen P. Frazier
3945 Canterbury Road
Baltimore, MD 21218

Sysco Business Services
1390 Enclave Parkway
Houston, TX 77077


Talis Frogue
333 E. 29th Street
Baltimore, MD 21218


The Fundworks, LLC
299 S. Main Street, Suite 1300
PMB 93894
Salt Lake City, UT 84111


Thomas A. Creegan
2911 Rueckert Avenue
Baltimore, MD 21214


Trey Miller
234 S. Gay Street, Apt. 209
Baltimore, MD 21202


True Business Funding, LLC
9 Spear Road, Unit 101
Ramsey, NJ 07446


U.S. Small Business Administration
CESC-COVID EIDL Service Center
14925 Kingsport Road
Fort Worth, TX 76155


United First, LLC
dba United First Capital Experts
2999 NE 191st Street, Unit 901
Miami, FL 33180

Volker Stewart
11215 Georgia Avenue, Apt. 1530
Wheaton, MD 20902


WebBank
c/o Toast Capital
333 Summer Street
Boston, MA 02210


Xheni Llaguri
NEED ADDRESS


Ylan Isaac
2817 11th Street NW
Washington, DC 20001


Zoe McMahon
2065 Druid Park Drive, Apt. 2
Baltimore, MD 21211

# United States Bankruptcy Court
### District of Maryland

In re   **Old Line Brewers, LLC**

Debtor(s)

Case No.

Chapter   **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Old Line Brewers, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**February 13, 2026**

Date

**/s/ Constance M. Hare**

**Constance M. Hare 22512**

Signature of Attorney or Litigant

Counsel for   **Old Line Brewers, LLC**

**Coon & Cole, LLC**

**1301 York Road, Suite 400**
**Lutherville, MD 21093**
**410-244-8800 Fax:410-825-5941**
**cmh@cooncolelaw.com**