IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

In re:

OLD LINE BREWERS, LLC

Case No. 26-11513-DER
Chapter 7

Debtor(s).

## TRUSTEE FISHER'S NOTICE OF ABANDONMENT

**PLEASE TAKE NOTICE** that pursuant to 11 U.S.C. § 554(a) and Rule 6007 of the Federal Rules of Bankruptcy Procedure, Morgan W. Fisher, Chapter 7 Trustee ("Trustee Fisher") for the above captioned estate, proposes to abandon the following property, as burdensome, fully encumbered and/or of inconsequential value and benefit to Debtor's estate:

### All Personal Property of the Debtor — Schedule A/B Summary

*Source: Schedule A/B, Case No. 26-11513 (filed 02/13/26). Total personal property per Schedule A/B line 91A: $107,891.00. Total secured claims per Schedule D: $386,613.86.*

| Schedule A/B Asset Category | Scheduled Value | Secured Claims |
|---|---|---|
| **Part 1 — Cash and Cash Equivalents** | | |
| M&T Bank Checking (acct. ending 6262) | | $0.00 |
| PNC Bank Checking (acct. ending 3415) | | $400.00 |
| Part 1 Total | $400.00 | |
| **Part 2 — Deposits and Prepayments** | | |
| Security deposit — 1106 N. Charles St. Limited Partnership | | $11,600.00 |
| Part 2 Total | $11,600.00 | |
| **Part 3 — Accounts Receivable** | | |
| Current (<90 days): face $2,500.00 / doubtful $0.00 | | $2,500.00 |
| Over 90 days: face $21,018.65 / doubtful $15,518.65 | | $5,500.00 |
| Over 90 days: face $2,500.00 / doubtful $2,500.00 | | Unknown |
| Part 3 Total | $8,000.00 | |
| **Part 5 — Inventory** | | |

| | | |
|---|---|---|
| Hops (raw materials, at cost) | | $1,250.00 |
| Beer in kegs, untapped (at retail sales value) | | $4,500.00 |
| Multiple bottles of unopened liquor, wine and beer (at cost) | | $3,141.00 |
| Misc. glassware, flatware, pots/pans, commercial mixer, deli slicer | | $1,500.00 |
| 3 large paintings by Drury Bynum | | Unknown |
| Part 5 Total | $10,391.00 | |
| **Part 7 — Office Furniture, Fixtures, Equipment & Collectibles** | | |
| 3 iMac computers, 2 keyboards, 2 mice, 1 Mac Mini (at principal's residence), HP DeskJet 3054 (not working), HP LaserJet M201, PH M140N, old Microsoft PC, 3 iPads | | $2,000.00 |
| Beer-related collectibles, framed posters, glasswork | | $500.00 |
| Part 7 Total | $2,500.00 | |
| **Part 8 — Machinery, Equipment, and Vehicles** | | |
| Brewery: 10 HL Monobloc Mash/Lauter Tun, HL Hot Liquor Tank, 2 20 HL Fermenters, 6 10 HL Fermenters, 1 20 HL conditioning tank, 10 HL conditioning tank, 2 10 HL Brite beer tanks, 1 5bbl Oak Foeder tank, 1 plate sheet filter, mobile CIP unit, grain mill, 120 keg shells, pallet jack, keg washer, air compressor, brewer's hose | | |
| Kitchen: Southbend 8 burner gas range oven, 36" grill, 2 floor fryers, electric convection oven, reach-in refrigerator, speed racks, metro shelving (7 units), Hoshizaki ice machine | | |
| Bar/Dining Room: 4 reach-in beer coolers, 42 barstools, 75 dining room chairs, 42 2-top tables, 10 4-top tables, 6 high tops, 2 duckpin bowling benches, 4 coffee tables, 4 couches (value based upon comparable costs) | | |
| Part 8 Total | $75,000.00 | |
| **Schedule D — Secured Claims Against All Personal Property** | | |
| Baltimore City — Statutory Lien (1st lien) | | $894.58 |
| M&T Bank — Blanket lien on all assets (2nd lien; incurred 09/2012) | | $101,185.39 |
| State of Maryland Comptroller — Tax Lien (incurred 12/12/25) | | $85,504.35 |

| | | |
|---|---|---|
| U.S. Small Business Administration — Blanket lien (3rd lien; incurred 04/22/20) | | $199,029.54 |
| **TOTAL SCHEDULED VALUE OF PERSONAL PROPERTY** | **$107,891.00** | |
| **TOTAL SECURED CLAIMS AGAINST PERSONAL PROPERTY** | | **$386,613.86** |
| **EQUITY FOR ESTATE (Scheduled Value less Secured Claims)** | **($278,722.86)** | **No Value** |

(the "Property").

1.      The scheduled value of all personal property of the Debtor, Old Line Brewers, LLC, as listed on Schedule A/B (Official Form 206A/B), is $107,891.00 (comprising cash $400.00, deposits $11,600.00, accounts receivable $8,000.00, inventory $10,391.00, office equipment/collectibles $2,500.00, and machinery/equipment $75,000.00).

2.      The personal property of the Debtor is subject to four (4) secured claims totaling $386,613.86 as of the Petition Date (February 13, 2026), consisting of: (i) a statutory lien held by Baltimore City in the amount of $894.58 (1st lien priority); (ii) a blanket lien held by M&T Bank in the amount of $101,185.39 (2nd lien priority, incurred September 2012); (iii) a blanket lien held by the U.S. Small Business Administration in the amount of $199,029.54 (3rd lien priority, incurred April 22, 2020); and (iv) a tax lien held by the State of Maryland Comptroller of the Treasury in the amount of $85,504.35 (incurred December 12, 2025). Each of these creditors has asserted a lien against all personal property of the Debtor.

3.      The total amount of secured claims against all personal property of the Debtor ($386,613.86) substantially exceeds the total scheduled value of all personal property ($107,891.00), resulting in a deficiency of approximately $278,722.86. After accounting for the costs of administration, liquidation, and the priority order of the secured liens, there is no equity in the Property available for the benefit of the estate or unsecured creditors. The Property is accordingly fully encumbered.

4.       Trustee Fisher has examined the schedules, claims register, and other records filed in this bankruptcy case and has determined that the Property is burdensome to administer and is of inconsequential value and benefit to the estate. Even if the Property were liquidated at its full scheduled value of $107,891.00, the proceeds would be entirely consumed by the secured claims totaling $386,613.86, with no surplus available for administrative expenses or distribution to unsecured creditors.

5.       Accordingly, the Property is of no consequential value to the estate and the Trustee has determined that it is in the best interest of the estate to abandon the Property.

**PLEASE TAKE FURTHER NOTICE** the Notice and the Debtor's schedules may be inspected by any interested party at the Office of the Clerk, United States Bankruptcy Court, at Baltimore, 101 West Lombard Street, 8th Floor, Baltimore, Maryland 21201, during its normal business hours.

**PLEASE TAKE FURTHER NOTICE**  that any objections to this proposed abandonment must be filed with the Clerk of the United States Bankruptcy Court, 101 West Lombard Street, 8th Floor, Baltimore, Maryland 21201, state the facts and legal grounds on which the objection is based in the objection or an accompanying memorandum of facts and law and served upon the Trustee at the address shown below **within fourteen (14)** days from the date of service of this Notice.

**PLEASE TAKE FURTHER NOTICE** that if no objection is filed, the proposed abandonment shall be effective as provided in Federal Rule of Bankruptcy Procedure 6007 without further notice, hearing or order of the Court. If an objection is timely filed, a hearing thereon will be scheduled with notice provided to the objecting party or parties, the Trustee, the U.S. Trustee, and counsel to the Debtor.

Dated: March 26, 2026
Annapolis, Maryland

Respectfully submitted.

/s/ Morgan W. Fisher
Morgan W. Fisher, #28711

Law Offices of Morgan Fisher, LLC
18 West St
Annapolis, MD 21401
410-626-6111
mwf@morganfisherlaw.com
Chapter 7 Trustee

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 26, 2026, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the forgoing Notice of Abandonment, will be served electronically by the Court's CM/ECF system on the following:

Constance M. Hare     cmh@cooncolelaw.com, mes@cooncolelaw.com;grg@cooncolelaw.com;hare.constanceb@notify.bestcase.com

I HEREBY FURTHER CERTIFY that on March 26, 2026, a copy of the foregoing Notice of Abandonment was also mailed first class mail, postage prepaid or via email as indicated below:

All parties to the attached mailing matrix.

Office of the United States Trustee
101 West Lombard Street
Suite 2625
Baltimore, MD 21201
Via email: Hugh.M.Bernstein@usdoj.gov

Respectfully submitted,

Dated:  March 26, 2026

*/s/* Morgan W. Fisher
Morgan W. Fisher

Label Matrix for local noticing
0416-1
Case 26-11513
District of Maryland
Baltimore
Wed Mar 25 23:11:01 EDT 2026

Old Line Brewers, LLC
1106 N. Charles Street
Baltimore, MD 21201-5557

A Duie Pyle
PO Box 564
West Chester, PA 19381-0564

ASCAP
21678 Network Place
Chicago, IL 60673-1216

Alcohol Tobacco & Cannabis Commission
1215 E. Fort Avenue, Suite 300
Baltimore, MD 21230-5281

Alcohol, Tabacco Tax & Trade Bureau
550 Main Street, Room 8002
Cincinnati, OH 45202-5215

Alejandra Nunez
1363 Gorsuch Avenue, 2nd Floor
Baltimore, MD 21218-3621

Antonio Jones
23621 Mount Ephraim Road
Dickerson, MD 20842-9674

Atlantic Biofuels
2501 W. Lexington Street
Baltimore, MD 21223-1439

Aubree Ridge
1239 Carroll Street
Baltimore, MD 21230-1808

BMI
PO Box 630893
Cincinnati, OH 45263-0893

Baltimore City
200 Holliday Street
Baltimore, MD 21202-3613

BendixHQ, LLC
13516 Paternal Gift Drive
Highland, MD 20777-9574

BendixHQ, LLC
c/o Ryan Roth, Managing Member
3501 Diamond Leaf Lane
Oviedo, FL 32766-7029

Binkert's Meat Products
8805 Philadelphia Road
Rosedale, MD 21237-4310

Blizzard's Refrigeration & AC
51 John Street
Westminster, MD 21157-4809

Bond Distributing
1220 Bernard Drive
Baltimore, MD 21223-3396

Breakthrough Beverage
1413 Tangier Drive
Middle River, MD 21220-2876

Brendan Perry
1530 S. Charles Street
Baltimore, MD 21230-4415

Bridgecrest
7300 E. Hampton Avenue
Mesa, AZ 85209-3324

Capital One
PO Box 71087
Charlotte, NC 28272-1087

Chad E. Kurtz, Esquire
Cozen O'Connor
2001 M Street NW, Suite 500
Washington, DC 20036-3588

Charles McKenna
6 E. Read Street, Apt. 506
Baltimore, MD 21202-6901

Chase Card Services
PO Box 1721
Charlotte, NC 28201

Cintas Corporation
10611 Iron Bridge Road, Suite K
Jessup, MD 20794-9497

Coastal Sunbelt Produce
9001 Whiskey Bottom Road
Laurel, MD 20723-1356

Daniel Ben-Israel
7124 SW 54th Avenue
Portland, OR 97219-1343

Dempsey Uniform and Linens
1200 Mid Valley Drive
Jessup, PA 18434-1823

Donovan Brathwaite
1010 Elton Avenue, Apt. A
Baltimore, MD 21224-3321

Erica Evans
3701 Connectcut Avenue, Apt. 222
Washington, DC 20008-4501

Faryn Messick
1111 Park Avenue, Apt. 310
Baltimore, MD 21201-5606

Forward Financing, LLC
53 State Street, 20th Floor
Boston, MA 02109-2820

Franshay Barnett
814 Park Avenue, Apt. 2
Baltimore, MD 21201-4880

Free Run Wine Merchants
2000 Washington Blvd.
Baltimore, MD 21230-1747

Global Music Rights LLC
1801 W. Olympic Blvd.
Pasadena, CA 91199-2280

Gloria Otley
10 W. Chase Street, Apt. 1
Baltimore, MD 21201-5670

Ireg Asif Butt
1408 Eutaw Place, Apt. 1
Baltimore, MD 21217-3494

Jermaine Ashman
11572 Jamestown Court
Laurel, MD 20723-2054

Jet Jenkins
5760 Cedonia Avenue, Apt. F
Baltimore, MD 21206-3273

Joel Price
7011 Linden Avenue
Baltimore, MD 21206-1230

Johey Verfaille
PO Box 500
Centre Hall, PA 16828-0500

Kara Buckler
530 N. Payston Street
Baltimore, MD 21223-1143

Kenco Beverage
331 Victory Road
Winchester, VA 22602-4566

Kendall Gill
12 E. Madison Street, Apt. 3A
Baltimore, MD 21202-0629

Lia Ashurst
2827 St. Paul Street
Baltimore, MD 21218-6089

(p)M&T BANK
LEGAL DOCUMENT PROCESSING
626 COMMERCE DRIVE
AMHERST NY 14228-2307

Maryland Dept. of Labor
10946 Golden West Drive, Suite 106
Hunt Valley, MD 21031-8218

Matthew Mallory
409 N. Howard Street, Apt. 102
Baltimore, MD 21201-4056

Michael J. Hopkins, Jr.
1207 John Street
Baltimore, MD 21217-4114

Paul Jenkins
8119 Old Philadelphia Road
Rosedale, MD 21237-2838

Penn Parking
7257 Parkway Drive, Suite 100
Hanover, MD 21076-1306

Pitney Bowes Bank Inc. Purchase Power
PO Box 981026
Boston, MA 02298-1026

Pitney Bowes Global Financial Services
PO Box 981022
Boston, MA 02298-1022

Rachel Strahler
23621 Moutn Ephraim Road
Dickerson, MD 20842-9674

Republic National Distributing
8210 Stayton Drive
Jessup, MD 20794

Republic Services
PO Box 71068
Charlotte, NC 28272-1068

Roberts Oxygen
15830 Redland Road
Derwood, MD 20855-2292

Ryan Bose
333 E. 29th Street
Baltimore, MD 21218-4118

Sari Langholt
7 E 27th Street
Baltimore, MD 21218-4331

Southern Wine & Spirits
Corporate Headquarters
1600 NW 163rd Street
Miami, FL 33169-5641

(p)COMPTROLLER OF MARYLAND
BANKRUPTCY UNIT
7 ST PAUL STREET SUITE 230
BALTIMORE MD 21202-1626

Stephen Jones
128 Stevenson Lane
Baltimore, MD 21212-1401

Stephen P. Frazier
3945 Canterbury Road
Baltimore, MD 21218-1704


Sysco Business Services
1390 Enclave Parkway
Houston, TX 77077-2025

Talis Frogue
333 E. 29th Street
Baltimore, MD 21218-4118

The Fundworks, LLC
299 S. Main Street, Suite 1300
PMB 93894
Salt Lake City, UT 84111-2241


Thomas A. Creegan
2911 Rueckert Avenue
Baltimore, MD 21214-2508

Trey Miller
234 S. Gay Street, Apt. 209
Baltimore, MD 21202

True Business Funding, LLC
9 Spear Road, Unit 101
Ramsey, NJ 07446


U.S. Small Business Administration
CESC-COVID EIDL Service Center
14925 Kingsport Road
Fort Worth, TX 76155-2243

United First, LLC
dba United First Capital Experts
2999 NE 191st Street, Unit 901
Miami, FL 33180-4926

Volker Stewart
8710 Cameron St., Apt. 1106
Silver Spring, MD 20910-3765


WEBBANK, its successors and assignees
215 SOUTH STATE ST, SUITE 1000
215 SOUTH STATE ST, SUITE 1000
SALT LAKE CITY, UT 84111-2336

WebBank
c/o Toast Capital
333 Summer Street
Boston, MA 02210-1702

Ylan Isaac
2817 11th Street NW
Washington, DC 20001-3901


Zoe McMahon
2065 Druid Park Drive, Apt. 2
Baltimore, MD 21211-1482

Constance M. Hare
Coon & Cole, LLC
1301 York Road
Suite 400
Timonium, MD 21093-6007

Morgan W. Fisher
Law Offices of Morgan Fisher LLC
18 West St
Annapolis, MD 21401-2421


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


M&T Bank
PO Box 62014
Baltimore, MD 21264

(d)M&T Bank
PO Box 900
Millsboro, DE 19966

State of Maryland
Comptroller of Treasury
Compliance Division
110 Carroll Street
Annapolis, MD 21411


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Xheni Llaguri
NEED ADDRESS

End of Label Matrix
Mailable recipients    77
Bypassed recipients     1
Total                  78