Entered: June 29, 2026
Signed:  June 29, 2026

**SO ORDERED**



**NANCY V. ALQUIST**
**U. S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

**In re:   Case No.:   26–11513 – NVA      Chapter:   7**

In Re: Debtor (names used by the debtor in the last 8 years, including married, maiden, trade, and address):

Old Line Brewers, LLC
dba The Brewer's Art
c/o Volker Stewart
8710 Cameron Street, Apt. 1106
Silver Spring, MD 20910

Social Security No.:

Employer's Tax I.D. No.:   52–1944597

# FINAL DECREE

Petition for Relief under Chapter 7 of Title 11, U.S. Code was filed by or against the above–named debtor on 2/13/26.

The estate of the above–named debtor has been fully administered.

ORDERED, that Morgan W. Fisher is discharged as trustee of the estate of the above–named debtor; and the Chapter 7 case of the above named debtor is closed.

**End of Order**

**fnldec –** *JanineHutchinson*